```
BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney
        160 Spear Street, 8th Floor
        San Francisco, California 94105
        Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
        E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| FRANK ARMENTA, JR.,              )<br>        Plaintiff,                          )<br>v.                                              )<br>                                                 )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>        Defendant.                       )<br>_____) | Case No. 1:11-CV-00558-SMS<br><br>STIPULATION TO DISMISS AND<br>**ORDER (Doc. 18)** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and subject to the approval of the Court, that this action be dismissed with prejudice. Subsequent to the filing of the complaint in this action, Plaintiff was awarded Supplemental Security Income benefits and no longer wishes to pursue the above-entitled action.

                                                          Respectfully submitted,

Dated: March 30, 2012                  */s/ Frank Armenta, Jr.*
                                                          (As authorized via email)
                                                          FRANK ARMENTA, JR.
                                                          *Pro Se* Plaintiff

|   |                                                                                  |
|---|----------------------------------------------------------------------------------|
| 1 |                                    BENJAMIN B. WAGNER                            |
| 2 |                                    United States Attorney                        |
| 3 | Dated: March 30, 2012              By *s/ Elizabeth Barry*                       |
| 4 |                                    ELIZABETH BARRY                               |
|   |                                    Special Assistant U. S. Attorney              |

CERTIFICATE OF SERVICE

I certify that I served the parties' STIPULATION TO DISMISS AND ORDER on pro se Plaintiff by causing one copy of said document to be mailed to the address listed for Plaintiff on the court's electronic civil docket as follows:

  Frank Armenta, Jr.
  C/O Michelle Allread
  1719 Ashcroft Ave.
  Clovis, CA 93611

Dated: March 30, 2012

              By:     *s/ Elizabeth Barry*
                      ELIZABETH BARRY
                      Special Assistant United States Attorney

**ORDER**

APPROVED AND:

IT IS SO ORDERED.

**Dated:   April 10, 2012**              /s/ **Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE